**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WATER EQUIPMENT SERVICES,**
**INC., et al.,**

    **Plaintiffs,**

v.                                        Case No.  8:05-cv-241-T-30MSS

**IONICS, INCORPORATED,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Bifurcate Count VII of the Complaint (Dkt. #6) and Plaintiff's response thereto (Dkt. #9). A hearing on the Motion was held on June 22, 2005, at which time Plaintiff informed the Court that it was considering dismissing Count VII of the Complaint.

Plaintiff has since filed an unopposed Amended Notice of Voluntary Dismissal of Count VII (Dkt. #19), which has been granted. Accordingly, Defendant's Motion to Bifurcate Count VII is moot.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Bifurcate Count VII of the Complaint (Dkt. #6) is **DENIED as moot**.

**DONE** and **ORDERED** in Tampa, Florida on June 30, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-241 Motn Bifurcate.wpd