UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WATER EQUIPMENT SERVICES,**
**INC., et al.,**

    **Plaintiffs,**

v.                                                                                     Case No. 8:05-cv-241-T-30MSS

**IONICS, INCORPORATED,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    The Court has been advised via a Notice of Settlement and Request for Leave to File Dismissal (Dkt. #69) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on November 29, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-241.dismissal 69.wpd